UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN FARROW,

                Plaintiff,

-against-

C.O. JENKINS, et al.,

                Defendants.

22-CV-5952 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who is proceeding *pro se,* has filed a motion requesting preliminary injunctive relief and a supporting declaration. (ECF Nos. 10-11, 16.) Plaintiff contends that he has uncovered corruption throughout facilities operated by the New York State Department of Corrections and Community Supervision, including "sex clubs," drug smuggling, and more. As a result, correction officers at multiple facilities have assaulted and retaliated against him. This abuse has caused Plaintiff's mental health to deteriorate, and he has suffered several episodes in which he struggled with suicidal tendencies. Plaintiff asserts that he is "no longer safe in NYS DOCCS custody," and he seeks to be transferred out of DOCCS custody. (ECF 10 at 6.)

    Plaintiff is currently incarcerated at Great Meadow Correctional Facility (Great Meadow), in Washington County, New York, which is in the Northern District of New York. The Court recently severed Plaintiff's claims regarding his current conditions of confinement at Great Meadow, which had been included in this action, and directed that the severed claims be opened as a new civil action (22-CV-7248 (LTS)) and transferred to the United States District Court for the Northern District of New York.[1] (ECF 9.)

---

[1] In the same transfer order, the Court also severed Plaintiff's claims arising at Attica and Clinton Correctional Facilities and directed the Clerk of Court to transfer these claims to the

Because the claims that Plaintiff raises in his motion for preliminary injunctive relief concern his safety at Great Meadow, the Court directs the Clerk of Court to refile the motion (ECF Nos. 10-11, 16) in the action under docket number 22-CV-7248 (LTS), so that the transferee court can address Plaintiff's motion. The Court also advises Plaintiff to raise his concerns for his personal safety through the administrative procedures available to him in Great Meadow.[2]

## CONCLUSION

The Court directs the Clerk of Court to refile Plaintiff's motion for a preliminary injunction and supporting declaration (ECF Nos. 10-11, 16) in the action under docket number 22-CV-7248 (LTS) so that the transferee court can address Plaintiff's motion.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   September 2, 2022
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

---

Western District of New York. (ECF 9.)

[2] Only Plaintiff's claims for damages for incidents that occurred in 2019-2021 at Sing Sing Correctional Facility remain pending in this Court under this docket number.